In the Matter of CLARENCE R. BROWN, Appellant, v SHANNON TERWILLIGER et al., Respondents. In the Matter of CLARENCE R. BROWN, Appellant, v KELLY FINNERTY, Respondent. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

In the Matter of JON M. LADELFA, as Administrator of the Goods, Chattels and Credits of CHARLES MICHAEL LADELFA, Deceased, Respondent. GERALD A. CONIGLIO, Appellant. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Lindley and Valentino, JJ.

ROBERT M. PAYTON, Respondent, v 5391 TRANSIT ROAD, LLC, et al., Appellants. CARROLS, LLC, a Wholly Owned Subsidiary of CARROLS CORPORATION, Third-Party Plaintiff-Respondent-Appellant, v JOSEPH H. TUDOR, Doing Business as JM ENTERPRISES, Third-Party Defendant-Appellant-Respondent. [972 NYS2d 140]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Respondent. (Appeal No. 1.) [972 NYS2d 140]—Motions for reargument and leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

In the Matter of JAMES M. WEST, Also Known as WESS, Petitioner, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, Respondent. [972 NYS2d 139]—Motion for permission to appeal denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

In the Matter of NORSE PIPELINE, LLC, Appellant, v TOWN OF BUSTI et al., Respondents. (Appeal No. 1.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

KELLEY BUTTERFIELD et al., Respondents, v JAMES R. CAPUTO, M.D., et al., Appellants-Respondents and CROUSE HOSPITAL, Respondent-Appellant. [973 NYS2d 80]—Motion for leave to appeal to the Court of Appeals denied. All concur except Fahey, J., who dissents and votes to grant leave to appeal to the Court of Appeals. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

In the Matter of NORSE PIPELINE, LLC, Appellant, v TOWN OF BUSTI, et al., Respondents. (Appeal No. 2.) [972 NYS2d

140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

JOHN W. GRACE, Respondent, v MICHAEL R. LAW et al., Appellants. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.

DASZ, INC., Appellant, v MERITOCRACY VENTURES, LTD., et al., Respondents, et al., Defendants. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.

EVELYN M. GRAY, Appellant, v ASTON B. WILLIAMS, M.D., Respondent. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.

In the Matter of DAVID REDMOND, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [972 NYS2d 140]—Motion for reargument or reconsideration denied. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.

FREDERICK D. TAYLOR, Respondent, v DANRICH HOMES, INC., Appellant. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.

PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents, et al., Defendants. (Appeal No. 1.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents, et al., Defendants. (Appeal No. 2.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

APRYL CALACI, Respondent, v ALLIED INTERSTATE, INC., et al., Appellants. (Appeal No. 2.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PENNINGTON, Appellant. [972 NYS2d 140]—Motion for rear-